*[handwritten: U.S. Ct, USA, USM, Prob, Off, Dkt]*

ORIGINAL

DMB:WAB:caz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*[stamped: 1:CR-01-173]*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. |
| | ) (Judge                    ) |
| v. | ) |
| | ) |
| DION CARRIER | ) |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

*[stamped: FILED HARRISBURG, PA MAY 16 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk]*

### COUNT I

On or about February 1, 2001, in Susquehanna Township, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute five grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, Unites States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT II

On or about February 7, 2001, in Susquehanna Township, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute five grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, Unites States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT III

On or about February 27, 2001, in Susquehanna Township, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute five grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, Unites States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT IV

On or about March 14, 2001, in Susquehanna Township, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully distribute and possess with the intent to distribute cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, Unites States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT V

On March 15, 2001, in Susquehanna Township, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully possess with the intent to distribute 50 grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, Unites States Code, Section 841(a)(1).

A TRUE BILL

_David A Frey_
FOREPERSON

_5/16/01_
DATE

_Martin C. Carlson_
MARTIN C. CARLSON
UNITED STATES ATTORNEY

5

**Place of Offense:**

City_____

County/Parish __Dauphin_____

**Related Case Information:**

Superseding Indictment_____ Docket Number_____

Same Defendant_____ New Defendant_____

Magistrate Judge Case Number_____

Search Warrant Case Number_____

R 20/R 40 from District of_____

**Defendant Information:**

Juvenile ____Yes __X__No   If Yes, Matter to be sealed: ____Yes ____No

Defendant Name_____DION CARRIER_____

Alias Name_____

Address_____3300 Union Deposit Road, Apt. D-201_____
_____Harrisburg, PA_____

Birthdate 07/06/71   SS #_ -   3   Sex _M_  Race _B_  Nationality_____

DEFENSE COUNSEL: Name_____ Phone_____
Address_____

**U.S. Attorney Information:**

AUSA_____WILLIAM A. BEHE_____ Bar #_____

Interpreter ____Yes _x_ No   List Language and/or Dialect:_____

**Location Status:**

Arrest Date_____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**       _x_ Indictment    ___ Information

Total # of Counts: __5__      ___ Petty  ___ Misdemeanor _x_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _21 U.S.C. 841(a)(1)_ | Distribution/possession with intent to distribute crack cocaine | I-V |
| Set 2_____ | _____ | _____ |
| Set 3_____ | _____ | _____ |
| Set 4_____ | _____ | _____ |

(May be continued on reverse)

Date: _May 16, 2001_     Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____