Warrant issued
w/cpy to USM, Prob, Dft Cnsl.

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-01-173 |
|---|---|
| v. | ) (Judge       ) |
| DION CARRIER | ) |

**FILED**
HARRISBURG, PA
MAY 17 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER FOR WARRANT

**AND NOW**, this ___17th___ day of May 2001, upon request of Martin C. Carlson, Acting United States Attorney for the Middle District of Pennsylvania, it is hereby

**ORDERED** that a warrant be issued for the arrest of the above-named defendant, **DION CARRIER,** and a United States Magistrate is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984, for the purpose of determining what bail, if any, is necessary in order to insure the presence of the defendant in this case.

**IT IS FURTHER ORDERED** that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
UNITED STATES DISTRICT JUDGE