# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:CR-01-173 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **DION CARRIER** | ) | |

## ORDER

IT IS ORDERED that the Clerk of Court provide the United States Attorney's Office with two (2) certified copies of the accompanying documents and thereafter keep these documents from public view until the Clerk has made appropriate docket entries.

IT IS FURTHER ORDERED that these documents only be opened by appropriate Court personnel of the Middle District of Pennsylvania in due course of performing the business of the Clerk's Office, after which the Clerk is ordered to seal this Order and all accompanying documents until:

[ ]   Notified in writing by the United States Attorney's Office that there is no longer any reason for the documents to remain sealed;

[ ]   Further Order of the Court; or

[x]   The person(s) named in these documents (has) (all have) been arrested. If there is a continued need for the documents to remain sealed after arrest, the United States Attorney's Office shall file a motion to that effect and a proposed order.

Date: 5/16/01

_____
UNITED STATES DISTRICT JUDGE

[FILED HARRISBURG, PA MAY 16 2001 MARY E. D'ANDREA, Deputy Clerk]