AO 94 (Rev. 8/97)

# UNITED STATES DISTRICT COURT
District of South Carolina

| UNITED STATES OF AMERICA<br>v.<br>DION CARRIER | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | MAGISTRATE JUDGE CASE NUMBER |
|---|---|
| District of Arrest: D/SC 3:06-179    District of Offense: 1:cr-01-173 | District of Arrest    District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN**

☐ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ OTHER (specify)

charging a violation of (SEE INDICTMENT/INFORMATION/COMPLAINT/PETITION/OTHER)

**DISTRICT OF OFFENSE:** Middle District of Pennsylvania

**DESCRIPTION OF CHARGES:** FOR A DESCRIPTION OF THE CHARGES, SEE THE Indictment .

**CURRENT BOND STATUS:**

☑ Bail fixed at $250,000.00 secured and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☑ Federal Defender Organization  ☐ CJA Attorney  ☐ Other

**Interpreter Required?** ☑ No  ☐ Yes  Language:

**DISTRICT:** Middle District of Pennsylvania

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Date February 23, 2006

_United States Magistrate Judge_

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF _____ VS. _____ FOR _____ AT _____

LOCATION NUMBER: \_\_\_\_

PERSON REPRESENTED (Show your full name): **DION CARRIER**

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

DOCKET NUMBERS — Magistrate / District Court / Court of Appeals

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed    *(last employed 2004)*
Name and address of employer: _____
IF YES, how much do you earn per month? $ \_\_\_\_
IF NO, give month and year of last employment. How much did you earn per month? $ \_\_\_\_
If married is your Spouse employed? ☐ Yes  ☐ No  **n/a**
IF YES, how much does your Spouse earn per month? $ \_\_\_\_
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ \_\_\_\_

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ \_\_\_\_   SOURCES \_\_\_\_

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ \_\_\_\_

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE $ \_\_\_\_   DESCRIPTION \_\_\_\_

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **3**
List persons you actually support and your relationship to them: **3 daughters 3, 4, 17**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Car Insurance – 120.00 | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **02-23-06**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Dion Carrier*

# United States District Court
## DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

vs.

DION CARRIER

**WAIVER OF RULE 40 HEARINGS**

Case Number: D/SC 3:06-179
M/D of Pennsylvania 1cr-01-173

I, __Dion Carrier__ understand that in the Middle District of Pennsylvania, charges are pending alleging (see Indictment)

against the United States of America in violation of (see Indictment) and that I have been arrested in this District and

taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probably cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(   ) identity hearing

(   ) preliminary examination

( ✓ ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_Dion Carrier_
Defendant

February 23, 2006

_Katherine L. Evatt_
Defense Counsel

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

Columbia   DIVISION

UNITED STATES OF AMERICA

vs.

Dion Carrier

**ORDER**

CRIMINAL NO.  D/SC
M/D of Pennsylvania 1-cr-01-173

Pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Plan of the District approved thereunder on April 21, 1971 by the Judicial Council of the Fourth Circuit,

**IT IS ORDERED** that the Federal Public Defender is appointed to represent the above named defendant.

Joseph R. McCrorey
United States Magistrate Judge

February 23, 2006

Columbia, South Carolina