IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       Criminal No. 1:01-CR-0173

v.

DION CARRIER                    :

PLEA

AND NOW, this 28 day of March 2006, the within named defendant, hereby enters a plea of NOT GUILTY to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)