UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 01-CR-173 |
| v. | : | |
| DION CARRIER, Defendant | : | |

ORDER



Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all proceedings arising from this indictment.

J. Andrew Smyser
Magistrate Judge

Date: MAR. 29, 2006