UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | 1:01-CR-0173 |
| v. | : | |
| | : | (Judge Rambo) |
| DION CARRIER | : | |
| Defendant | : | |

### O R D E R

The defendant having appeared in open court with counsel on March 29, 2006, and having tendered a plea of not guilty, **IT IS HEREBY ORDERED** that the jury selection and trial date for the defendant is scheduled for 9:30 a.m. on Monday, May 22, 2006, in Courtroom Number 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trial will commence following jury selection or following previously scheduled criminal trials. An additional scheduling order will be entered by the District Court.

J. Andrew Smyser
Magistrate Judge