AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 1:CR-01-173 |
| DION CARRIER | Judge Sylvia H. Rambo |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  DION CARRIER, 3300 Union Deposit Rd., Apt. D-201, Harrisburg

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with Distribute/possess w/intent to dist. Crack cocaine

in violation of Title **21** United States Code, Section(s) **841(a)(1)**

| Mary E. D'Andrea | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | May 17, 2001 at Harrisburg, PA |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ _____   by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Lancaster, S.C.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/25/2001 | Wayne E. Gorman | Wayne E. Gorman |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 2/22/2006 | | |