IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00173 |
| v. | : | |
| | : | Judge Sylvia H. Rambo |
| DION CARRIER | : | |
| | : | (Electronically Filed) |

## **DEFENDANT'S MOTION TO CONTINUE TRIAL**

AND NOW comes the petitioner, Dion Carrier, by his attorney, Thomas A. Thornton of the Federal Public Defender's Office, and files this Motion to Continue Trial and in support thereof, the following is averred:

1.    By indictment filed on May 16, 2006, defendant, Dion Carrier was charged with five counts of intent to distribute five grams or more cocaine base, a Schedule II controlled substance,  in violation of 21 U.S.C. § 841(a)(1).

2.    On March 29, 2006, Dion Carrier appeared before Magistrate Judge J. Andrew Smyser for his initial appearance and pled not guilty to the indictment.

3.    On same date, the Federal Public Defender's Office was appointed to represent Mr. Carrier.

4.    Trial in this matter has been scheduled for July 5, 2006.

5.    Counsel for Mr. Carrier has a prepaid family vacation scheduled for July 1, 2006 to July 8, 2006, and therefore requests a continuance.

6.    The government concurs with the granting of this motion.


WHEREFORE, counsel for Dion Carrier respectfully requests that This Honorable Court grant the Federal Public Defender's Motion to Continue Jury Selection.

Respectfully submitted,


Date:   June 19, 2006                    /s/ **Thomas A. Thornton**
                                         THOMAS A. THORNTON, ESQUIRE
                                         ASSISTANT FEDERAL PUBLIC DEFENDER
                                         Attorney ID #PA44208
                                         100 Chestnut Street, Suite 306
                                         Harrisburg, PA 17101
                                         Tel. No.: (717) 782-2237
                                         Fax No.: (717) 782-3881
                                         E-mail:   thomas_thornton@fd.org
                                         *Attorney for Dion Carrier*

## CERTIFICATE OF SERVICE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that on this date I served a copy of the **DEFENDANT'S MOTION TO CONTINUE TRIAL,** via Electronic Case Filing, or  by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

WILLIAM A. BEHE, ESQUIRE



DION CARRIER

Date:   June 19, 2006         /s/ **Thomas A. Thornton**
                              THOMAS A. THORNTON, ESQUIRE
                              ASSISTANT FEDERAL PUBLIC DEFENDER
                              Attorney ID #PA44208
                              100 Chestnut Street, Suite 306
                              Harrisburg, PA 17101
                              Tel. No.: (717) 782-2237
                              Fax No.: (717) 782-3881
                              E-mail:   thomas_thornton@fd.org
                              *Attorney for Dion Carrier*