IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00173 |
| v. : | |
| : | Judge Sylvia H. Rambo |
| DION CARRIER : | |
| : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney, Willliam A. Behe, concurred in the foregoing motion.

Date:   June 19, 2006         /s/ **Thomas A. Thornton**
                              THOMAS A. THORNTON, ESQUIRE
                              ASSISTANT FEDERAL PUBLIC DEFENDER
                              Attorney ID #PA44208
                              100 Chestnut Street, Suite 306
                              Harrisburg, PA 17101
                              Tel. No.: (717) 782-2237
                              Fax No.: (717) 782-3881
                              E-mail:  thomas_thornton@fd.org
                              *Attorney for Dion Carrier*