IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00173 |
| v. : | |
| : | Judge Sylvia H. Rambo |
| DION CARRIER : | |
| : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney, Willliam A. Behe, concurred in the foregoing motion.


Date:  July 18, 2006                /s/ **Thomas A. Thornton**
                                    THOMAS A. THORNTON, ESQUIRE
                                    ASSISTANT FEDERAL PUBLIC DEFENDER
                                    Attorney ID #PA44208
                                    100 Chestnut Street, Suite 306
                                    Harrisburg, PA 17101
                                    Tel. No.: (717) 782-2237
                                    Fax No.: (717) 782-3881
                                    E-mail:  thomas_thornton@fd.org
                                    *Attorney for Dion Carrier*