IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00173 |
| v. | : | |
| | : | Judge Sylvia H. Rambo |
| DION CARRIER | : | |
| | : | (Electronically Filed) |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

AND NOW comes the petitioner, Dion Carrier, by his attorney, Thomas A. Thornton of the Federal Public Defender's Office, and files this Motion to Continue Trial and in support thereof, the following is averred:

1. By indictment filed on May 16, 2006, defendant, Dion Carrier was charged with five counts of intent to distribute five grams or more cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. On March 29, 2006, Dion Carrier appeared before Magistrate Judge J. Andrew Smyser for his initial appearance and pled not guilty to the indictment.

3. On same date, the Federal Public Defender's Office was appointed to represent Mr. Carrier.

4. Trial in this matter has been scheduled for November 6, 2006.

5. Counsel for Mr. Carrier has a prepaid family vacation scheduled for November 1, 2006 through November 6, 2006, and will be attending the Federal Death Penalty Seminar in San Antonio, Texas from November 9, 2006 through November 11, 2006, and therefore requests a continuance.

6. The government concurs with the granting of this motion.

WHEREFORE, counsel for Dion Carrier respectfully requests that This Honorable Court grant the Federal Public Defender's Motion to Continue Jury Selection.

Respectfully submitted,

Date:   October 24, 2006

/s/ **Thomas A. Thornton**
THOMAS A. THORNTON, ESQUIRE
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No.: (717) 782-2237
Fax No.: (717) 782-3881
E-mail:  thomas_thornton@fd.org
*Attorney for Dion Carrier*

## CERTIFICATE OF SERVICE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that on this date I served a copy of the **DEFENDANT'S MOTION TO CONTINUE TRIAL,** via Electronic Case Filing, or by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:



WILLIAM A. BEHE, ESQUIRE

DION CARRIER

| | |
|---|---|
| Date:  October 24, 2006 | /s/ **Thomas A. Thornton** |
| | THOMAS A. THORNTON, ESQUIRE |
| | ASSISTANT FEDERAL PUBLIC DEFENDER |
| | Attorney ID #PA44208 |
| | 100 Chestnut Street, Suite 306 |
| | Harrisburg, PA 17101 |
| | Tel. No.: (717) 782-2237 |
| | Fax No.: (717) 782-3881 |
| | E-mail:  thomas_thornton@fd.org |
| | *Attorney for Dion Carrier* |