IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                              CASE NUMBER: 1:01-CR-0173-01

vs.

**Dion Carrier**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case had been incorrectly re-scheduled for December 4, 2007 via an order dated October 24, 2006. The correct date and time is set forth below:

Place:  U.S. District Court            *Date and Time: December 4, 2006
        Courtroom #3                           beginning at 9:30 AM
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: Jury Selection and Trial

Date: October 25, 2006                 /s/ Mark J. Armbruster
                                        By: Mark J. Armbruster, Deputy Clerk

CC:    Judge Sylvia H. Rambo
       Thomas Thornton, Esq.
       William Behe, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.