IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00173 |
| v. : | |
| : | Judge Sylvia H. Rambo |
| DION CARRIER : | |
| : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney, Willliam A. Behe, concurred in the foregoing motion.

Date:   November 20, 2006

/s/ **Thomas A. Thornton**
THOMAS A. THORNTON, ESQUIRE
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No.: (717) 782-2237
Fax No.: (717) 782-3881
E-mail:   thomas_thornton@fd.org
*Attorney for Dion Carrier*