IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00173 |
| v. : | |
| : | Judge Sylvia H. Rambo |
| DION CARRIER : | |
| : | (Electronically Filed) |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

AND NOW comes the petitioner, Dion Carrier, by his attorney, Thomas A. Thornton of the Federal Public Defender's Office, and files this Motion to Continue Trial and in support thereof, the following is averred:

1. By indictment filed on May 16, 2006, defendant, Dion Carrier was charged with five counts of intent to distribute five grams or more cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. On March 29, 2006, Dion Carrier appeared before Magistrate Judge J. Andrew Smyser for his initial appearance and pled not guilty to the indictment.

3. On same date, the Federal Public Defender's Office was appointed to represent Mr. Carrier.

4.  Trial in this matter has been scheduled for January 16, 2007.

5.  Plea negotiations are ongoing and, therefore, Mr. Carrier respectfully requests that his jury selection and trial be continued so that he can thoroughly consider his options.

6.  The government concurs with the granting of this motion.

WHEREFORE, counsel for Dion Carrier respectfully requests that This Honorable Court grant the Federal Public Defender's Motion to Continue Jury Selection.

                                          Respectfully submitted,

Date:   January 3, 2007        /s/ **Thomas A. Thornton**
                                          THOMAS A. THORNTON, ESQUIRE
                                          ASSISTANT FEDERAL PUBLIC DEFENDER
                                          Attorney ID #PA44208
                                          100 Chestnut Street, Suite 306
                                          Harrisburg, PA 17101
                                          Tel. No.: (717) 782-2237
                                          Fax No.: (717) 782-3881
                                          E-mail:  thomas_thornton@fd.org
                                          *Attorney for Dion Carrier*

## CERTIFICATE OF SERVICE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that on this date I served a copy of the **DEFENDANT'S MOTION TO CONTINUE TRIAL,** via Electronic Case Filing, or by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:



WILLIAM A. BEHE, ESQUIRE

DION CARRIER

Date:   January 3, 2007           /s/ **Thomas A. Thornton**
                                  THOMAS A. THORNTON, ESQUIRE
                                  ASSISTANT FEDERAL PUBLIC DEFENDER
                                  Attorney ID #PA44208
                                  100 Chestnut Street, Suite 306
                                  Harrisburg, PA 17101
                                  Tel. No.: (717) 782-2237
                                  Fax No.: (717) 782-3881
                                  E-mail:   thomas_thornton@fd.org
                                  *Attorney for Dion Carrier*