IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00173 |
| v. | : | |
| | : | Judge Sylvia H. Rambo |
| DION CARRIER | : | |
| | : | (Electronically Filed) |

## ORDER OF COURT

Before the Court is a motion filed by the defendant, Dion Carrier, requesting that his jury selection and trial be continued.  The defendant requests a short continuance in order to consider the plea offer.  Therefore, the Court concludes that the circumstances present indicate that a continuance of the trial date is warranted and that an extension of the trial date outweighs the interests of the public and Defendants in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1)  Jury selection and trial in the captioned action is rescheduled from February 5, 2007 to _____, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The court specifically finds under 18 U.S.C. §3161(h)(8)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

3) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

BY THE COURT:

DATED:_____     _____
SYLVIA H. RAMBO
UNITED STATES DISTRICT COURT JUDGE