TAM:WAB:caz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:CR-01-173 |
|  | ) (Judge Rambo) |
| v. | ) |
|  | ) |
| DION CARRIER | ) |

## SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT I

From on or about February 1, 2001, up to and including February 7, 2001, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully use a communication facility, that is, a telephone, in causing and facilitating the commission of an act and acts constituting a felony drug trafficking crime, that is, the unlawful manufacture, distribution, and possession with the intent to manufacture and distribute a mixture or substance containing 5 grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT II

On or about February 27, 2001, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

## DION CARRIER,

did intentionally and knowingly unlawfully use a communication facility, that is, a telephone, in causing and facilitating the commission of an act and acts constituting a felony drug trafficking crime, that is, the unlawful manufacture, distribution, and possession with the intent to manufacture and distribute a mixture or substance containing 5 grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT III

From on or about March 14, 2001, up to and including March 15, 2001, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**DION CARRIER,**

did intentionally and knowingly unlawfully use a communication facility, that is, a telephone, in causing and facilitating the commission of an act and acts constituting a felony drug trafficking crime, that is, the unlawful manufacture, distribution, and possession with the intent to manufacture and distribute a mixture or substance containing 5 grams or more of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b)

*Thomas A. Marino*
THOMAS A. MARINO
UNITED STATES ATTORNEY

DATE: