IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                    CASE NUMBER: 1:01-CR-0173-01

vs.

**Dion Carrier**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                     *Date and Time: March 5, 2007 @ 10:00 AM
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: Arraignment/Guilty Plea

Date: February 23, 2007                         /s/ Mark J. Armbruster
                                                By: Mark J. Armbruster, Deputy Clerk

CC:  Judge Sylvia H. Rambo
     Thomas Thornton, Esq.
     William Behe, AUSA
     U.S. Marshal
     Federal Probation
     Wendy Yinger, Rptr.

*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.