IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:01-CR-0173-01 |
| v. | |
| DION CARRIER | |

PLEA

FILED
HARRISBURG, PA

MAR 0 5 2007

MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk

AND NOW, this 5th day of March, 2007, the defendant, DION CARRIER, hereby pleads Guilty to the 3-Count Superseding Information.

_____
(Signature of Defendant)

_____
(Signature of Counsel)