IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WAIVER OF INDICTMENT** |
| vs. | |
| **DION CARRIER** | CRIMINAL NO.1:01-CR-0173-01 |

**FILED**
HARRISBURG, PA

MAR 0 5 2007

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

I, DION CARRIER, have been advised of the charges, the proposed Information, and of my rights, hereby waive in open court on March 5, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: Judge Sylvia H. Rambo