IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                         CASE NUMBER: 1:01-CR-0173-01

vs.

**Dion Carrier**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                **Date and Time: May 23, 2007 @ 11:30 AM
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: *Sentencing

Date:  May 11, 2007                              /s/ Mark J. Armbruster
                                                 By: Mark J. Armbruster, Deputy Clerk

CC:  Judge Sylvia H. Rambo
       Thomas Thornton, Esq.
       William Behe, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.

**\*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

**\*\*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You