IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :    Criminal No. 1:05-CR-00173-01

                           :

         v.                     :    (Judge Rambo)

                           :

DION CARRIER             :    (Electronically Filed)


### ORDER OF COURT


**AND NOW** this _____ day of _____, 2008, upon

consideration of the defendant's Motion for Relief Under 18 § 3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

The defendant's sentence is amended to _____ All other

aspects of the original judgment imposed on May 23, 2007 remain in effect.


BY THE COURT:


_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE