AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **DION CARRIER** ) | Case No: 1:CR-01-173-01 |
| ) | USM No: 14063-171 |
| Date of Previous Judgment: May 23, 2007 ) | Thomas Thornton, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144*__ months **is reduced to** __130 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __VI__        Criminal History Category: __VI__
Previous Guideline Range: __151__ to __188__ months    Amended Guideline Range: __130__ to __144__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

FILED
HARRISBURG, PA
MAR 25 2008
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

**III. ADDITIONAL COMMENTS**

*Because the combined statutory authorized maximum sentence is 12 years, that became the original guideline sentence.

Except as provided above, all provisions of the judgment dated __05/23/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 25, 2008__          _____
                                         Judge's signature

Effective Date: _____          __Sylvia H. Rambo, United States District Judge__
        (if different from order date)              Printed name and title